UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

Brittney Kaufman
    **Plaintiff(s)**

    v.                                                          **Civil Action No. 1:25-cv-11550-FDS**

Jamey Upton et al
    **Defendant(s)**

_____

**ORDER OF DISMISSAL**

**Saylor, C. J.**

In accordance with the Court's ORDER dated January 21, 2026 (Dkt. No. 27), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                                               By the Court,

01/21/2026                                                      /s/ Melonie Cooke
Date                                                                Deputy Clerk